IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-20324-CR-Martinez

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

DEANDRE GABRIEL,

        Defendant.
_____/

## NOTICE OF APPEAL

The Defendant/Appellant, **DeAndre Gabriel**, gives notice that he is appealing to the United States Court of Appeals for the Eleventh Circuit from the Judgement in a Criminal Case in entered on 6/29/2022 [DE. 240].

Mr. Gabriel is currently in custody.

Respectfully submitted,

/s/ *Adam Goodman*
Adam K. Goodman
Attorney for the Defendant
Florida Bar #41096
19790 W. Dixie Highway, Suite 810
Miami, Florida 33180
Tel: (305) 482-3265
Fax: (888)-316-5336
adam@adamgoodmanlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2022, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing the United States Attorney's Office, Southern District of Florida.

_____
Adam K. Goodman, Esq.